JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAVIN NEWAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RENA BITTER, HELEN LAFAVE, and ANTONY BLINKEN,<br><br>    Defendants. | Case No. 2:23-cv-01320-JFW-PDx<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

    The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendants, shall be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

    IT IS SO ORDERED.

Dated: November 15, 2023

_____
HONORABLE JOHN F. WALTER
United States District Judge